358 U.S. 644 (1959)
UNITED STATES
v.
HALEY.
No. 587.
Supreme Court of United States.
Decided February 24, 1959.
APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS.
Solicitor General Rankin, Assistant Attorney General Hansen, Charles H. Weston, R. L. Farrington, Neil Brooks and Donald A. Campbell for the United States.
William F. Billings, James P. Donovan and Daniel L. O'Connor for appellee.
PER CURIAM.
The judgment is reversed. Wickard v. Filburn, 317 U. S. 111.